FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES JOSEPH REEVIS,<br><br>Petitioner,<br><br>v.<br><br>SPOKANE COUNTY DETENTION SERVICES, UNITED STATES OF AMERICA, and EASTERN DISTRICT OF WASHINGTON,<br><br>Respondent. | NO: 2:19-CV-290-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

By Order filed October 22, 2019, the Court directed Petitioner to comply with Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts, by submitting a completed *in forma pauperis* application. In the alternative, Petitioner was advised that he could pay the full $5.00 filing fee. Petitioner was advised that his failure to do so would result in the dismissal of this case.

Petitioner filed this action while incarcerated at the Spokane County Detention Services. However, the copy of the Court's October 22, 2019 Order was

ORDER OF DISMISSAL WITHOUT PREJUDICE -- 1

returned with the notation, "Not in Jail." ECF No. 5.  Moreover, Petitioner has neither paid the filing fee nor sought *in forma pauperis* status.

Accordingly,  **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee or *in forma pauperis* requirements of Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, enter judgment, provide a copy to Petitioner at his last known address, and close the file. The Court certifies that any appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability is therefore **DENIED.**

**DATED** December 13, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge